CLERK, U.S. DISTRICT COURT

JUN 14 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>CHANCE BRANNON and TIBET ERGUL,<br>DEFENDANTS | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 8:23-mj-00304-DUTY-2 |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **TIBET ERGUL** and bring him

forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with

Use of a Firearm or Explosive to Damage Real Property Affecting Interstate Commerce,

in violation of Title 18, United States Code, Section 844(i).

REC: BY AUSA        [Detention]

June 12, 2023
Date

Hon. Douglas F. McCormick
Name of Magistrate Judge

_Signature of Magistrate Judge_

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): |

755 TURTLE CREST IRVINE, CA 92603

| DATE RECEIVED<br>6/14/23 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>6/14/23 | FBI SPECIAL AGENT<br>JENNIFER HIRSCH | |

*DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO*

**WARRANT FOR ARREST ON COMPLAINT**                    Page 1 of 2